AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:17-MJ-350 |
| KIRK RUSSEL MARSH | ) | ~~UNDER SEAL~~ |
| | ) | Unsealed upon arrest |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KIRK RUSSEL MARSH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344 Bank Fraud
18 U.S.C. § 1028A Aggravated Identity Theft

Date: 07/25/2017

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* July 26, 2017, and the person was arrested on *(date)* July 26, 2017
at *(city and state)* OAKTON, VIRGINIA.

Date: July 26, 2017

*Arresting officer's signature*

SA Nicholas Beeta
*Printed name and title*