AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

AUG 17
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 17-CR-122-AJT |
| Kirk Russel Marsh | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/17/17

_Kirk Shnl Mrl_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

ELIZabeth Mullin
*Printed name of defendant's attorney*

Anthony J. Trenga
United States District Judge
*Judge's signature*

The Honorable Anthony J. Trenga, U.S. District Judge
*Judge's printed name and title*